Civil Judgment (Rev. DC 04/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EVE FERGUSON

    Plaintiff(s)

v.

Civil Action No. 99-2021 (EGS)

LAWRENCE M. SMALL

    Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable Judge Emmet G. Sullivan, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

EVE FERGUSON

take nothing on the complaint against the defendant(s):

LAWRENCE M. SMALL

and that the said defendant(s) have and recover costs from the said plaintiff(s).

NANCY MAYER-WHITTINGTON, Clerk

Dated: June 16, 2006

By: _____
        Deputy Clerk